UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-243 |
| | § | |
| ANDY HOUSE | § | |

### ORDER OF DISMISSAL

All matters requiring judicial attention in this four-year-old case have presently been resolved; however, a dismissal of the case cannot be reliably entered until the final resolution of a related case pending in federal court in Lufkin, Texas.

It is, therefore, **ORDERED** that this case is **ADMINISTRATIVELY CLOSED** until the Lufkin litigation has been completed, at which time the Parties **SHALL**, if appropriate, so notify the Court that the case may be reinstated for the sole purpose of a final dismissal.

**DONE** at Galveston, Texas, this _____30th_____ day of September, 2014.

John R. Froeschner
United States Magistrate Judge